## JOSE A. MORALES *v.* SAINT FRANCIS HOSPITAL AND MEDICAL CENTER

The plaintiff's petition for certification for appeal from the Appellate Court, 9 Conn. App. 379, is dismissed.

*Ronald E. Cassidento,* in support of the petition.

*Lois B. Tanzer,* in opposition.

Decided February 10, 1987

## ALBERT MARTIN *v.* MARTIN'S NEWS SERVICE, INC., ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 9 Conn. App. 304, is denied.

*Leslie Byelas,* in support of the petition.

*James P. Ring,* in opposition.

Decided February 10, 1987

## HAROLD R. STICKLOR *v.* WOODLAND HOUSE CONDOMINIUM, INC.

The defendant's petition for certification for appeal from the Appellate Court, 9 Conn. App. 293, is denied.

*Kirk D. Tavtigian,* in support of the petition.

*L. Paul Sullivan,* in opposition.

Decided February 10, 1987